ALSIP BROS. v. HARD, PEARSON, CLIVE & CO. ET AL.

APPEAL. Where plaintiff claimed to recover an amount exceeding $100, which defendants admitted to be due, and at the same time pleaded a counter-claim of $100: *Held*, that the counter-claim was the amount in controversy; and that no appeal would lie without the certificate of the trial judge.

*Appeal from Winneshiek Circuit Court.*

MONDAY, JUNE 15.

*L. Bullis*, for appellants.

*Willett & Wellington*, for appellees.

PER CURIAM.—The plaintiffs brought this action to recover of defendants a balance due for work and labor performed, and materials furnished, in the erection of a foundry in the town of Decorah, Iowa. The amount claimed is $324.40.

This claim of the plaintiffs is not controverted, but expressly admitted by the defendants, who plead a counter-claim of $100.00, which they ask to have allowed as a credit on the claim of the plaintiffs. The court, on the trial of the cause, allowed defendants the sum of sixty-two dollars on their counter-claim, and rendered judgment for plaintiffs for the balance due.

There being no controversy upon the claim of the plaintiffs, we must regard the counter-claim of the defendants as the amount in controversy in the action; and since this amount does not " *exceed* one hundred dollars," no appeal lies to this court from the judgment rendered, unless the trial Judge shall certify that the cause involves the determination of a question, upon which it is desirable to have the opinion of the Supreme Court. Code, Sec. 3173. No such certificate is found in the record in this case. We are therefore precluded from passing upon the questions presented. The appeal must be

DISMISSED.